# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH G. ISAACS,** <br><br> Defendant. | PO-18-05006-BLG-TJC <br> Violation No. 6327526 <br> Violation No. 6327527 <br> Location Code: M18A <br><br> **ORDER TO AUTHORIZE PAYMENT PLAN AND DISMISS VIOLATION** |

Upon unopposed motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay a total collateral forfeiture amount of $100.00 for Violation No. 6327526 in two installments consisting of $50.00 on the first day of each month from May 2018 through June 2018.

IT IS FURTHER ORDERED that Violation No. 6327527 shall be dismissed.

DATED this 6th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge